**FORM 8.** Entry of Appearance

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

SPX Corporaton    v.   Sudmo Holding GmbH

No. 14-1716

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants.  File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for:   SPX Corporation
                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☒ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Patrick J. Lee |
| Law firm: | Fisch Sigler LLP |
| Address: | 96 North Third Street, Suite 260 |
| City, State and ZIP: | San Jose, CA 95112 |
| Telephone: | 650-362-8200 |
| Fax #: | 202-362-3501 |
| E-mail address: | Patrick.Lee@Fischllp.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): March 29, 2010

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☒ Yes   ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| August 26, 2014 | Patrick J. Lee |
| Date | Signature of pro se or counsel |

cc: Counsel of Record

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on   Aug 26, 2014
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Alan M. Fisch | /s/ Alan M. Fisch |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Fisch Sigler LLP

Address: 5335 Wisconsin Avenue NW, Eighth Floor

City, State, ZIP: Washington, DC 20015

Telephone Number: 202-362-3500

FAX Number: 202-362-3501

E-mail Address: Alan.Fisch@fischllp.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.